IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50225
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

PABLO ARIAS PUIG,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-94-CR-178
- - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Pablo Arias Puig pleaded guilty to attempted escape and
tampering with a witness.  Puig's plea agreement contained a
waiver of the right of appeal.  The agreement stated that Puig
was aware that the sentence would be imposed in conformity with
the guidelines.  Puig now seeks review of the district court's
sentence.  The Government argues that Puig waived the right to
appeal.

_____

     [*]     Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

Our review of the record shows that Puig knowingly and voluntarily waived his right to appeal the sentence imposed by the district court.  United States v. Melancon, 972 F.2d 566, 568 (5th Cir. 1992); United States v. Portillo, 18 F.3d 290, 293 (5th Cir.), cert. denied, 115 S. Ct. 244 (1994).

APPEAL DISMISSED.